UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION


FILED
APR 1 3 2021
Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 2:21-CR- 27 |
| ) | JUDGE CORKER |
| SEAN CHRISTOPHER WILLIAMS ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that on or about September 23, 2020, within the Eastern District of Tennessee, defendant SEAN CHRISTOPHER WILLIAMS, knowing that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition, namely, 6 rounds of X-treme brand 9mm ammunition, 13 rounds of Hornady brand 357 Sig ammunition, 105 rounds of Winchester brand 9mm Luger ammunition, 76 rounds of Winchester brand Sig ammunition, and 57 LC-19 brand ammunition, which had been shipped and transported in interstate commerce.

[18 U.S.C. § 922(g)(1)]

### Firearm Forfeiture Allegations

1. The allegation contained in Count One of this Indictment is hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense in violation of Title 18, United States Code, Section

922(g)(1) as set forth in this Indictment, the defendant, SEAN CHRISTOPHER WILLIAMS, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any ammunition involved in or used in the commission of the offense, including but not limited to:

    (a)    6 rounds of X-treme brand 9mm ammunition;

    (b)    13 rounds of Hornady brand 357 Sig ammunition;

    (c)    105 rounds of Winchester brand 9mm Luger ammunition;

    (d)    76 rounds of Winchester brand Sig ammunition; and

    (e)    57 LC-19 brand ammunition.

3. If any of the properties described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

TRUE BILL:

[signature redacted]

FOREPERSON

FRANCIS M. HAMILTON, III
Acting United States Attorney

By: _____
KATERI L. DAHL
Special Assistant U.S. Attorney