# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

CRIMINAL MINUTES: *INITIAL APPEARANCE/ARRAIGNMENT & SCHEDULING*

USA vs **Sean Christopher Williams**    Date: May 9, 2023

Case No. **2:21-cr-27**    Time **2:11** to **2:38**

============================================================================

Honorable **CYNTHIA RICHARDSON WYRICK**, U.S. Magistrate Judge, Presiding

| Claire Aiken | DCR | Thomas McCauley for Meghan Lynn Gomez |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

============================================================================

**DEFENDANT**                                                  **DEFENSE ATTORNEY**

Sean Christopher Williams                                      David Leonard

PROCEEDINGS:    Arrest Date: 5/5/23

[✓] Defendant sworn    [✓] Defendant found competent

[✓] Financial affidavit executed;    [ ] Counsel present and appointed;    [✓] Counsel provisionally appointed

[✓] Defendant advised of charges, penalties, and rights;    [✓] Copy of indictment provided to defense counsel by clerk

[✓] Plea of not guilty entered to all charges

Dates selected and scheduled as follows:
Jury Trial: **September 12 2023 09:00 am**
before the Honorable Clifton L. Corker    In Greeneville
Estimated length of trial 2 DAYS
Motion cut-off 7/14/23
Response deadline 7/24/23
Plea Bargain cut-off 8/22/23

[ ] Agreement of government counsel to conditions of release

[ ] Bond and Conditions of pretrial release set    [ ] Defendant advised of penalties for violations of pretrial release

[✓] Oral motion by USA for detention    [✓] Detention hearing waived with right to hearing reserved

[ ] Detention Hearing scheduled:    before the Honorable Cynthia Richardson Wyrick

[✓] Defendant remanded to custody of U.S. Marshal    [ ] Defendant released on bond    [ ] Defendant remanded to custody for out-processing/pending completion of conditions

[✓] Orders to enter

I, Jason C. Keeton, Deputy Clerk, **CERTIFY** the official record of this proceeding is an audio file:
dcr_2-23-cr-47-2_20230509_143845

Case 2:21-cr-00027-DCLC-CRW    Document 10    Filed 05/09/23    Page 1 of 1    PageID #: 31