**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | No. 2:21-CR-0027 |
| ) | **JUDGE CORKER** |
| **SEAN CHRISTOPHER WILLIAMS** ) | |

## SUPERSEDING INDICTMENT

### COUNT ONE

The Grand Jury charges that on or about September 23, 2020, within the Eastern District of Tennessee, defendant SEAN CHRISTOPHER WILLIAMS, knowing that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition, namely, 6 rounds of X-treme brand 9mm ammunition, 13 rounds of Hornady brand 357 Sig ammunition, 105 rounds of Winchester brand 9mm Luger ammunition, 76 rounds of Winchester brand Sig ammunition, and 57 LC-19 brand ammunition, which had been shipped and transported in interstate commerce.

[18 U.S.C. § 922(g)(1)]

### COUNT TWO

The Grand Jury further charges that on or about July 23, 2023, within the Eastern District of Tennessee, defendant SEAN CHRISTOPHER WILLIAMS, did knowingly attempt to escape from custody in the Washington County Detention Center, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a detention order and this court's process, said custody being by virtue of an indictment charging a felony offense.

[18 U.S.C. § 751(a)]



_____
FOREPERSON

FRANCIS M. HAMILTON, III
United States Attorney

By: _____
MEGHAN L. GOMEZ
Assistant U.S. Attorney