
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | No. 2:21-CR-0027 |
| ) | JUDGE CORKER |
| ) | |
| SEAN CHRISTOPHER WILLIAMS ) | |

## SECOND SUPERSEDING INDICTMENT

### COUNT ONE

The Grand Jury charges that on or about July 23, 2023, within the Eastern District of Tennessee, defendant SEAN CHRISTOPHER WILLIAMS, did knowingly attempt to escape from custody in the Washington County Detention Center, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a detention order and this court's process, said custody being by virtue of an indictment charging a felony offense.
[18 U.S.C. § 751(a)]

### COUNT TWO

The Grand Jury further charges that on or about October 18, 2023, within the Eastern District of Tennessee, defendant SEAN CHRISTOPHER WILLIAMS, did knowingly escape from custody of the Laurel County Detention Center, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a detention order and this court's process, said custody being by virtue of an indictment charging a felony offense.
[18 U.S.C. § 751(a)]

FRANCIS M. HAMILTON, III
United States Attorney

By: 
MEGHAN L. GOMEZ
Assistant U.S. Attorney