# CRIMINAL CASE COVER SHEET

By: ☐INDICTMENT  ☑SUPERSEDING Case Number: 2:21-cr-27
☐INFORMATION *(Requires AO 455 Waiver of Indictment for Felony Cases)*
☐RULE 20

USA v. Sean Christopher Williams

☑Felony  ☐Class A Misdemeanor *(AO86A Consent form required at Initial Appearance)*
☐Misdemeanor *(Not class A)*  ☐Petty Offense

Immigration Cases

☐Defendant is being added to existing criminal case  ☐Zone A  ☐Zone B
☐Charges/Counts Added

Name of Assigned AUSA: Meghan L. Gomez

Matter Sealed:  ☑YES  ☐NO  Place of Offense: Greene County

☐Interpreter Required  Language: _____

Issue:  ☑WARRANT  ☐SUMMONS  ☐WRIT (Motion to be filed)

Arresting Agency:  ☐DEA ☐ATF ☐USMS ☑FBI ☐Other: _____

Current Trial Date (if any): _____ before Judge _____

☐Criminal Complaint Filed  Case Number: _____

☐Defendant on Supervised Release  Case Number: _____

Related Case/Attorney:

Case Number _____  Attorney _____

Reason for Related Case Determination _____

Defense Counsel (if any):  Bryce McKenzie

☐Federal Defender  ☑CJA  ☐Retained

Appointed by Target Letter  Case Number: _____
Appointed in Pending Indictment  Case Number: _____

CHARGES:  Total # of Counts for this Defendant 2

| | Title & Section | Description of Offense Charged | New Count? Y or N | New Count # | Old Count # |
|---|---|---|---|---|---|
| | 18 USC 751(a) | Attempted escape | N | 1 | 2 |
| | 18 USC 751(a) | Escape | Y | 2 | |
| | | | | | |

(Attach additional page, if needed)

Attorney Signature s/Meghan L. Gomez

# CRIMINAL CASE COVER SHEET

Case Number _____

USA v. **Sean Christopher Williams**
_____

(Continued from Page 1)

| | Title & Section | Description of Offense Charged | New Count? Y or N | New Count # | Old Count # |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |