UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Nos. 2:23-CR-00111-1-JRG-CRW |
| | ) | 2:21-CR-00027-1-JRG-CRW |
| SEAN CHRISTOPER WILLIAMS | ) | |

## **ORDER**

This matter is before the Court on Defendant's Motion to Continue a Hearing [Doc. 110]. The motion is **GRANTED**, and the hearing currently scheduled for Monday, July 1, 2024, at 1:30 p.m. is hereby **RESET** for Monday, July 1, 2024, at 9:00 a.m.

So ordered.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE
