UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:21-CR-00027-1-JRG-CRW |
| | ) | |
| SEAN CHRISTOPER WILLIAMS | ) | |

## **ORDER**

This matter is before the Court on Attorney Ilya I. Berenshteyn's Motion to Reconsider Motion to Withdraw as Attorney of Record [Doc. 136]. The parties are **ORDERED** to appear before the Cour for a hearing on Mr. Berenshteyn's motion on Thursday, July 11, 2024, at 1:15 p.m.

So ordered.

ENTER:

                                            s/J. RONNIE GREER
                                 UNITED STATES DISTRICT JUDGE