UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 2:21-CR-27 |
| vs. | ) | |
| | ) | |
| SEAN CHRISTOPHER WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court on the United States' Motion for Leave to File Document Under Seal [Doc. 139]. The Motion is **GRANTED,** and the Clerk is directed to file the Proposed Sealed Document [Doc. 140] under seal.

SO ORDERED:

/s/Cynthia Richardson Wyrick
United States Magistrate Judge