UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:21-CR-00027-1-JRG-CRW |
| | ) | |
| SEAN CHRISTOPER WILLIAMS | ) | |

### **ORDER**

The Washington County Detention Center is hereby **ORDERED** to allow Mr. Steven St. John, a private investigator whom the Court appointed to represent Defendant Sean Christopher Williams under the Criminal Justice Act, 18 U.S.C. § 3006A *et seq.*, to have full access to Mr. Williams's former cell and the two adjacent cells for the purpose of taking close-up photos that Mr. Williams needs to defend himself in his upcoming criminal trial. The Washington County Detention Center is also hereby **ORDERED** to provide Mr. St. John with the names of all the inmates who were in Mr. Williams's cell and the two adjacent cells on the date of his alleged attempted escape, which according to the United States's second superseding indictment, is Sunday, July 23, 2023.

So ordered.

ENTER:

                                                                        s/J. RONNIE GREER
                                                   UNITED STATES DISTRICT JUDGE