UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:21-CR-00027-1-JRG-CRW |
| | ) | |
| SEAN CHRISTOPER WILLIAMS | ) | |

## **ORDER**

The trial, which is currently set for Tuesday, July 23, 2024, at 11:00 a.m., is hereby **RESET** for Tuesday, July 23, 2024, at 10:00 a.m. (time change only), and it will take place in Courtroom 420. The Court intends to empanel twelve jurors and four alternates. The *Lafler-Frye* hearing, which is currently set for Tuesday, July 23, 2024, at 10:30 a.m., is hereby **RESET** for Tuesday, July 23, 2024, at 9:30 a.m. (time change only), and it will also take place in Courtroom 420.

So ordered.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE