UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

UNITED STATES OF AMERICA

v.  Case No.: 2:21-CR-0027

SEAN CHRISTOPHER WILLIAMS

## MOTION TO SEVER CHARGES

1. To put the defendant on trial for an attempted escape and an escape at the same time would influence the jury to assume that "if you escaped, you must have attempted as well."

2. The alleged actions occurred months apart at two separate jails in two different states. The defendant is not contesting the escape but the lawful custody at the time.

3. The defendant is entitled to receive a fair trial. Which clearly cannot be achieved trying the defendant for both charges at the same time. The jury needs to be able to separately consider the evidence that relates to each charge, and to return a separate verdict for each charge.

4. Presenting evidence of both charges will confuse the jury and make it difficult for the jury to differentiate the evidence presented for both charges at the same time. The defense for the attempted charge is complex and involves several witnesses and experts.

WHEREFORE, it is the defendant's wishes to separate the charges into two separate trials to achieve a fair trial for each count.

SEAN CHRISTOPEHR WILLIMAS

/s/Sean Christopher Willimas, pro se
Sean Christopher Willimas, Pro se
920 East Lamar Alexander Parkway
Maryville, TN, 37804-5002

CERTIFICATE

Sent via email from elbow counsel to grvlclerk@tned.uscourts.gov for filling and to meghan.gomez@usdoj.gov and greg.bowman@usdoj.gov on July 21, 2024