UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

UNITED STATES OF AMERICA

v.  Case No.:  2:21-CR-0027

SEAN CHRISTOPHER WILLIAMS

### MOTION FOR PERMISSION TO FILE MOTIONS PAST DEADLINE

1. The court granted Mr. Berenshteyn's motion to withdraw from counsel on July 11.

2. At this time I was to proceed to trial pro se. Despite my consistent wishes to have the assistance of counsel.

3. The motion deadline for case CR-27 had already passed at this time. The defendant would like to be given the opportunity to file motions he sees as necessary to establish a fair trial and defense strategy.

WHEREFORE, the defendant is asking to have the motion deadline reset to allow time for motions to be filed or for the court to accept and hear motions presented by the defendant.

SEAN CHRISTOPEHR WILLIMAS

/s/Sean Christopher Willimas, pro se
Sean Christopher Willimas, Pro se
920 East Lamar Alexander Parkway
Maryville, TN, 37804-5002

CERTIFICATE

Sent via email from elbow counsel to grvlclerk@tned.uscourts.gov for filling and to meghan.gomez@usdoj.gov and greg.bowman@usdoj.gov on July 21, 2024