## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

CRIMINAL MINUTES:   Motion Hearing

USA v   SEAN CHRISTOPHER WILLIAMS                Date:   07/22/24

Case No.   CR-2-21-27

Time   9:58 a.m.   To   11:06 a.m.

Time   12:15 p.m.   To   2:42 p.m.

Honorable J. RONNIE GREER, U.S. District Judge, Presiding

| Kathy Hopson | Karen Bradley |
|---|---|
| Deputy Clerk | Court Reporter |

| Plaintiff's Attorney(s) | Defendant's Attorney(s) |
|---|---|
| Meghan Gomez/Greg Bowman | PRO SE (Ilya Berenshteyn – Elbow) |

**MOTIONS HEARING HELD:**

**Motions Documents 156, 158, 159, 160, 161, 162, 163, 164.  -  DENIED**