```
             IN THE UNITED STATES DISTRICT COURT
          EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

             CRIMINAL MINUTES:  JURY TRIAL - DAY 1

             USA vs  SEAN CHRISTOPHER WILLIAMS

                    Date:      07/23/24

                    Case No.   CR-2-21-27

             Time   10:45 a.m.  To      1:20 p.m.
             Time    2:30 p.m.  To      5:10 p.m.
```

========================================================================

         Honorable J. RONNIE GREER, U. S. District Judge, Presiding

| Kathy Hopson | Karen Bradley | Meghan Gomez/Greg Bowman |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

========================================================================

| DEFENDANT(S) | ATTORNEY FOR DEFENDANT |
|---|---|
| SEAN CHRISTOPHER WILLIAMS | PRO SE (ILYA BERENSHTEYN - ELBOW) |

Jurors Present  104   Seated  16   Challenged  36   NSSC  52

1. #1    2. #4    3. #176   4. #168   5. #11   6. #118   7. #78   8. #63

9. #105  10. #31  11. #9    12. #25   13. #88  14. #152  14. #110  14. #158

Rule requested

Opening Statements made

Introduction of evidence for Government - Begun

**Jury trial is continued until July 24, 2024 @ 9:00 a.m.**