CR-27

## Motion to Suppress

While every opportunity and effort has been made to meet the motion deadline it has been very challenging to prepare for trial and familiarize myself with the 400+ pages of discovery, ~~I can now say that task is finished while~~ and to file motions for two separate cases both with deadlines within days of each other. With that said I did not get an opportunity to file this motion after reviewing the associated discovery and would like the opportunity to file this last motion as it is of great importance to case CR-27. During review of the discovery last night I discovered that all of the photos and photo copies ~~data~~ as well as the incident report all have the same July 23, 2023 11:10 time stamp. Rather than timestamps on these items a template appears to have been used to insert the above mentioned data into. To have taken the dozens of photos and photo copies during a one minute period would simply not be possible.

A binding and true ~~timestamp~~ is generated by the device used to take the photo or copy and cannot be simply made manually inserted as a margin template. ~~See~~ Rather than to object to each photo or copy as it is displayed to the jury. The defendant asks that any photos, photo copies and incident reports fabricated by the use of a template or otherwise improper ~~method~~ certified or verifiable method be suppressed from the jury ~~evidence~~. These photos appear to be limited to the "attempted" discovery however may also ~~be~~ exsist within the "escape" discovery

Scott 7/24/24



Photo

*Subject:* Crime Scene: 114 W Jackson Blvd  
*Taken:* 07/23/2023 11:10

*Lat./Long.:* 36.2975800, -82.477434  
*Taken By* Jessica Smith



Subject: Crime Scene: 114 W Jackson Blvd  
Taken: 07/23/2023 11:10

Lat./Long.: 36.2975800, -82.477434  
Taken By Jessica Smith



## Photo

Subject: Crime Scene: 114 W Jackson Blvd  
Taken: 07/23/2023 11:10  
Lat./Long.: 36.2975897, -82.477433  
Taken By: Jessica Smith

**Washington County Detention Center**

STATEMENT

Report Date: 07/23/23 @ 0450

Incident Type: Disciplinary    Cell Block: C8    Date/Time: 07/23/23 @ 0415

Inmate Name: Sean Williams    Sex: M    Race: W    DOB: 11/03/1971

On the above date and time, I Officer Toby Brigg /JM was conducting a round in C8 where I recieved a tip that Inmate Sean Williams C8 cell 5 was removing concrete from the bottom of the cell wall and Floor. Upon entering cell 5 I found pieces of concrete that had been removed and then placed back in place and held together with toothpaste. I removed the concrete pieces from the cell and pictures were taken. End of statement.

Reporting: Toby Brigg /JM    ID Number: 1341    Statement Reviewed by: [signature] SGT. G. STRADER

Handwritten annotations:
- "occured" (arrow pointing to 0450)
- "4:15"
- "Toby"

Subject: Crime Scene: 114 W Jackson Blvd        Lat./Long.: 36.2975800, -82.477434
Taken: 07/23/2023 11:10        Taken By Jessica Smith



Challenge Time Stamp

"reported" — 11:10
"taken" — 11:10

all ___ pics & copies in one minute??        pics

# Washington County Sheriff's Office    Report # 23-43599

114 W Jackson Blvd, Washington County Jail, Jonesborough, TN

| | |
|---|---|
| District: Zone 4 | Lat./Long.: 36.297504, -82.47754 |
| Occurred: 07/23/2023 04:15 — 07/23/2023 04:50 | Arrived: 07/23/2023 09:30 |
| Reported: 07/23/2023 11:10 | |
| Approved: | Approved By: |
| | Memo Routing: |
| ☑ Complainant wishes to prosecute | How Call Received: CAD Number: 23-43599 |
| | How Call Received: Officer Initiated |
| | Use of Force: No |
| | Is the number of suspects known?: Yes |

| Officer | Involvement | Employee # | Car # |
|---|---|---|---|
| Jessica Smith | Reporting | 843 | 0 |

## Offense

| | |
|---|---|
| Description: 90Z Escape | Status: Attempted |
| Reported: 07/23/2023 11:10 | Location of Offense: Jail/Prison |
| | Gang Activity: None/Unknown |
| | Type of Gang: Not Applicable/Unknown |
| | Offender(s) Suspected of Using: Unknown/None of above |
| | Drug Related: No |

## Complainant

| | |
|---|---|
| Name: Deputy, WCSO | Alias: |
| SSN: | Driver's License: |
| Home Phone: 423-788-1414 | Address: 112 W Jackson Blvd |
| Cell Phone: | City/State/Zip: Jonesborough, TN 37659 |
| Email: | |
| Date of Birth: Unknown | Sex: Unknown |
| Race: Unknown | Language: |
| Occupation: | Employer: |
| Work Phone: | Work Address: |
| Reported: 07/23/2023 11:10 | City/State/Zip: |