```
               IN THE UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

             CRIMINAL MINUTES:  **JURY TRIAL** - DAY 2

              USA vs SEAN CHRISTOPHER WILLIAMS

                    Date:    07/24/24

                    Case No.   CR-2-21-27

                 Time 9:25 a.m. To 12:05 p.m.
                 Time 1:20 p.m. To  5:27 p.m.
```

==========================================================================

         Honorable J. RONNIE GREER, U. S. District Judge, Presiding

| Kathy Hopson | Karen Bradley | Meghan Gomez/Greg Bowman |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

==========================================================================

| DEFENDANT(S) | ATTORNEY FOR DEFENDANT |
|---|---|
| SEAN CHRISTOPHER WILLIAMS | PRO SE (ILYA BERENSHTEYN – ELBOW) |

Jurors Present 16

Introduction of evidence for Government - Resumed & Concluded

**Jury trial is continued until July 25, 2024 @ 9:00 a.m.**