UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

UNITED STATES OF AMERICA

v.  Case No.: 2:21-CR-0027

SEAN CHRISTOPHER WILLIAMS

NOTION FOR INTERIM COMPENSATION

COMES NOW the court appointed elbow counsel and moves this Honorable Court for permission to submit CJA 20 for interim compensation in the above referenced matter pursuant to CJA Guidelines Chapter 2, §230.73.10 (d).

Respectfully Submitted,

BY: /s/ *Ilya I. Berenshteyn*
Ilya I. Berenshteyn
BPR No. 026967
The Senter Law Firm, P.C.
713 Volunteer Parkway, Suite 6
Bristol, TN 37620
(423) 764-5255
(423) 764-5655 fax

CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2024, a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail or via email. Parties may access this filing through the Court's electronic filing system.

*/s/ Ilya I. Berenshteyn*